# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 451 WAL 2014
                                                        :
                                  Respondent           :
                                                        : Petition for Allowance of Appeal from the
                                                        : Order of the Superior Court
                          v.                            :
                                                        :
                                                        :
                                                        :
RICHARD  BROADUS,                                       :
                                                        :
                                  Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.